UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
HARRY EDMOND REAVES,

        Plaintiff,

      -against-

CITY OF NEW YORK,

        Defendant.
-------------------------------------------------------------------x

**CIVIL JUDGMENT**

10-CV-1731 (RJD)

Pursuant to the memorandum and order issued _July 21, 2011_ by the

Honorable Raymond J. Dearie, United States District Judge, dismissing this action, it is


**ORDERED, ADJUDGED AND DECREED**:  That the above-entitled civil action is

hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).  The Court certifies pursuant to 28

U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma*

*pauperis* status is denied for purpose of an appeal.


                s/ Judge Raymond J. Dearie

                RAYMOND J. DEARIE
                United States District Judge

Dated: Brooklyn, New York
      July 21, 2011